OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 20, 2023

Christopher J. Buggy
Taylor Law Group
430 Mountain Avenue
Suite 103
New Providence, NJ 07974

Barry M. Capp
Ansell Grimm & Aaron
1500 Lawrence Avenue
Ocean Township, NJ 07712

Michael A. D'Aquanni
Roth D'Aquanni
150 Morris Avenue
Suite 206
Springfield, NJ 07081

Nicholas A Duston
Norris McLaughlin
400 Crossing Boulevard
8th Floor
Bridgewater, NJ 08807

Christopher M. Farella
Epstein Becker & Green
One Gateway Center
13th Floor
Newark, NJ 07102

Brian H. Fenlon
Carella Byrne Cecchi Olstein Brody & Agnello

5 Becker Farm Road
Roseland, NJ 07068

Rachel R. Hager
Finazzo Cossolini O'Leary Meola & Hager
67 East Park Place
Suite 901
Morristown, NJ 07960

Jeffrey P. Mongiello
Epstein Becker & Green
One Gateway Center
13th Floor
Newark, NJ 07102

Patrick Stoltz
Kaufman Borgeest & Ryan
200 Summit Lake Drive
Valhalla, NY 10595

G. Glennon Troublefield
Carella Byrne Cecchi Olstein Brody & Agnello
5 Becker Farm Road
Roseland, NJ 07068

RE: Ryan Dean v. J. Bissell, et al
Case Number: 23-2741
District Court Case Number: 2-21-cv-09770

Dear Counsel:

Pursuant to our docketing letter dated **September 29, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **seven (7) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that**

**you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc:    Mr. Ryan Dean,
        Jason S. Feinstein, Esq.
        David T. Shivas, Esq.