# FINAZZO COSSOLINI O'LEARY
# MEOLA & HAGER, LLC

Counselors at Law

**Rachel R. Hager, Esq.**
rachel.hager@finazzolaw.com
Direct Dial: (973) 343-4965

67 East Park Place, Suite 901
Morristown, NJ 07960
Main (973) 343-4960
Fax (973) 343-4970
www.finazzolaw.com

New York Office
5 Penn Plaza, 23rd Floor
New York, NY 10001
Main (646) 378-2033
Fax (646) 378-2001

October 30, 2023

**VIA ECF**
Patricia S. Dodszuweit, Clerk
Office of the Clerk
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    **Ryan Dean v. J. Bissell, et als.**
              **Case No.: 23-2741**
              **Civil Action No.: 2:21-cv-09770-MCA-ESK**

Dear Ms. Dodszuweit:

      This Firm represents Defendants, Janet Fuhrer and Queens University, as well as Richard LeBlanc and York University ("Queens University Defendants" and "York University Defendants" respectively), in the above captioned matter. We are writing to provide the position of these Defendants with respect to the present appeal.

      The underlying action was filed in the United States District Court for the District of New Jersey pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. 1961, et seq. ("RICO"), and arises out of an alleged international conspiracy involving more than 150 named Defendants and other nonparties. Appellant asserts that two separate enterprises operating in Canada and New Jersey colluded to defraud and otherwise injure Plaintiff. The action was dismissed pursuant to a number of motions initiated by various defendants, including the Queens University and York University Defendants respectively.

      Based on our reading of Appellant's filings with this Court, the matter before the Court of Appeals concerns the appeal of the dismissal of claims against the "Bell & Shivas" Defendants only. *See* Dkt. Entry No. 1, p. 1 ("The Respondents in this Notice of Appeal pertain to the following persons/entities ONLY: Bell & Shivas, P.C., Joseph Bell, David Shivas, Brian Laskiewicz, Kristie Ward, and Victoria Kingdon (collectively known as the "Bell & Shivas defendants")). As noted in Appellant's Notice of Appeal, the Bell & Shivas Defendants are a group comprised of the Bell & Shivas law firm and several of its employees. Neither the Queens University nor the York University Defendants are included in the Bell & Shivas Defendants group, and the claims against

Patricia S. Dodszuweit, Clerk
October 30, 2023
Page **2** of **2**

them are conceptually unrelated to those against the Bell & Shivas Defendants.

      In light of the above, the present appeal does not affect the Queens University Defendants or the York University Defendants. Accordingly, we will not be participating in the referenced appeal.

      Respectfully submitted,

      */s/ Rachel R. Hager*

      RACHEL R. HAGER

cc:　　All Counsel of Record (via ECF)