ALD-045
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **23-2741**

RYAN DEAN, Appellant

    VS.

J. BISSELL, et al.
    (D.N.J. Civ. No. 2:21-cv-09770)

Present:    HARDIMAN, MONTGOMERY-REEVES, and NYGAARD, Circuit Judges

    Submitted are:

    (1) By the Clerk for possible dismissal due to a jurisdictional defect

    (2) Appellant's document in support of appeal, filed October 23, 2023

    (3) Bell and Shivas Appellees' letter response in opposition to dismissal

    (4) Appellant's Response to possible dismissal

    in the above-captioned case.

    Respectfully,

    Clerk

_____ORDER_____

    This appeal is dismissed for lack of appellate jurisdiction. With exceptions not relevant here, this Court's jurisdiction is limited to review of final decisions of district courts. See 28 U.S.C. § 1291. An order that decides fewer than all claims is not a final order and is not immediately appealable unless the District Court certifies its order pursuant to Federal Rule of Civil Procedure 54(b). See Hill v. City of Scranton, 411 F.3d 118, 124 (3d Cir. 2005). Here, the District Court dismissed the amended complaint as to fewer than all parties to the action and has not otherwise fully resolved all claims against

all parties therein or directed entry of a final judgment pursuant to Rule 54(b).  As a result, we lack jurisdiction over this appeal.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated:  January 3, 2024
JK/cc: Ryan Dean
       All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate